# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| **AEYSHA GORDON** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No:1:24cv00486 |
| **VERIZON ONLINE, LLC** | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Ayesha Gordon and Defendant Verizon Online, LLC, file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully state to the Court as follows:

There are no longer any issues in this matter between Plaintiff Ayesha Gordon and Defendant Verizon Online, LLC to be determined by this Court. The Plaintiff hereby stipulates that all claims or causes of action against Verizon Online, LLC, which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs and attorney fees to be paid by the party incurring same.

SO ORDERED on this  28th  day of March 2025

_____
Anthony J. Trenga
Senior U.S. District Judge

Respectfully Submitted,


/s/      A. Hugo Blankingship, III
A.  Hugo Blankingship, III VSB# 26424
Blankingship & Christiano, P.C.
11862 Sunrise Valley Drive, Suite 201
Reston, Virginia 20191
Telephone (571) 313-0412
Facsimile  (571) 313-0582
hugo@blankingship.com
*Attorneys for Plaintiff*


/s/      J. Caleb Jones, Esq.
J. Caleb Jones, Esq.
SIMMS SHOWERS LLP
305 Harrison Street, S.E., Third Floor
Leesburg, VA 20175
Phone: 703-771-4671
Fax: 703-771-4681
jcjones@simmshowerslaw.com


Pavel Ekmekchyan, Esq.
YU MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
Phone 213-985-2007
pavel@yumollp.com
Admitted *pro hac vice*

*Attorney for Defendant*

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March 2025 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

                                            /s/
                              A. Hugo Blankingship, III
                              Va. Bar Number 26424
                              Attorney for Aeysha Gordon
                              Blankingship & Christiano, P.C.
                              11862 Sunrise Valley Drive, Ste. 201
                              Reston, Virginia 20191
                              Telephone: (571) 313-0412
                              Facsimile: (571) 313-0582
                              Email: hugo@blankingship.com